ORIGINAL    LODGED
2005 APR 26 PM 2:32
JON D. CERETTO, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILED
MAY -2 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

ENTERED
MAY -3 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Marc A. Lieberman, Esq. (SBN 157318)
Kari A. Keidser, Esq. (SBN 194554)
**FREDMAN LIEBERMAN LLP**
1875 Century Park East, Suite 2200
Los Angeles, CA 90067
Telephone:    (310) 284-7350
Facsimile:    (310) 284-7352

Attorneys for Michael Horowitz and Alona Horowitz

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN & SUSAN OSCHEROWITZ<br><br><br>                                      Debtors.<br>_____<br>MICHAEL HOROWITZ; and ALONA HOROWITZ, Trustees of the MICHAEL AND ALONA HOROWITZ TRUST created APRIL 20, 1998,<br><br>                                      Plaintiffs,<br><br>v.<br><br>STEVEN OSCHEROWITZ and SUSAN OSCHEROWITZ, DAVID SOLOMON; WASHINGTON MUTUAL BANK; J&R LENDING, INC.; SHALOM MOZES; SHEVACH MOZES; DAVID L. RAY, as Chapter 7 Trustee; LANDSAFE TITLE COMPANY,<br><br>                                      Defendants. | CASE NO. LA-04-22926 BB<br><br>Chapter 7<br><br>Adversary Case No. AD05-01141-BB<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR DAVID SOLOMON TO RESPOND TO ADVERSARY COMPLAINT; ORDER THEREON<br><br>*Status Conference:*<br><br>DATE: May 3, 2005<br><br>TIME: 2:00 P.M.<br><br>PLACE: Courtroom 1475<br>            Edward Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, CA |

1

1
2      Defendant David Solomon and Plaintiffs Michael Horowitz and Alona Horowitz,
3 Trustees of the Michael and Alona Horowitz Trust, created April 20, 1998 ("Plaintiffs") agree to
4 extend the deadline for Solomon to respond to the Instant Adversary Complaint for the reason set
5 forth below:

## RECITALS

7      1.     On February 10, 2005, this adversary proceeding was commenced by filing
8 of a *Complaint to (1) Determine Dischargeability of Debt; (2) Deny Discharge of Debtors; (3)*
9 *Fraud; and (4) Quiet Title/Declaratory Relief.*
10     2.     On March 15, 2005, Plaintiffs filed a First Amended Complaint
11     3.     April 15, 2005 is presently the deadline for Defendants to respond to the
12 First Amended Complaint.
13     4.     The parties request that David Solomon be allowed through and until May
14 2, 2005 to respond to the First Amended Complaint so that he can retain counsel.

## AGREEMENT

NOW THEREFORE, based upon the foregoing, the parties hereby stipulate as follows: The response date is continued to May 2, 2005.

DATED: April 29, 2005

FREDMAN LIEBERMAN, LLP

By: _____
Marc A. Lieberman
Attorney for Plaintiffs Michael Horowitz
and Alona Horowitz, Trustees of the
Michael and Alona Horowitz Trust,
created April 20, 1998

2

1  DATED: April 29, 2005

3            By: /s/ David Solomon
4            David Solomon
             Defendant in Pro Per

\* \* \*

**ORDER**

IT IS SO ORDERED.

May 2, 2005 shall be the last date for Solomon to file timely a response to the First Amended Complaint.

The Status Conference presently set for May 3, 2005:

~~[ ] will not be continued~~

~~[ ] is hereby continued to _____.~~

5/2/05

UNITED STATES BANKRUPTCY JUDGE

# PROOF OF SERVICE

I am employed in the law office of Fredman | Lieberman LLP in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, Suite 2200, Los Angeles, California 90067-2523.

On **April 25, 2005,** I served the foregoing document described as **STIPULATION AND ORDER EXTENDING DEADLINE FOR DAVID SOLOMON TO RESPOND TO ADVERSARY COMPLAINT; ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

**[X] BY U.S. MAIL:**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope(s) was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that any motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 25, 2005** at Los Angeles, California.

Nyna K. Hale

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>STEVEN & SUSAN OSCHEROWITZ | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER: LA-04-22926 BB |
| HOROWITZ v. OSCHEROWITZ, et al. | Adv. No. AD05-01141 |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify):*
STIPULATION AND ORDER EXTENDING DEADLINE FOR DAVID SOLOMON TO RESPOND TO ADVERSARY COMPLAINT

   was entered on *(specify date):* **MAY 3 2005**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): **MAY 3 2005**

Dated: **MAY 3 2005**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Rev. 1/01  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

# SERVICE LIST

Office of the United States Trustee
Ernst & Young Plaza
725 South Figueroa, 26th Floor
Los Angeles, CA 90017

David L Ray                                          *Trustee*
12121 Wilshire Blvd., Suite 600
Los Angeles, CA 90025-1166

Gil Hopenstand, Esq.                                 *Attorneys for Trustee David L. Ray*
Deborah Eisen, Esq.
Sharon Z. Weiss, Esq.
Weinstein, Eisen & Weiss
1925 Century Park East, Suite 1150
Los Angeles, CA 90067

Baruch C. Cohen, Esq.                                *Attorneys for Debtors Steven Oscherowitz*
Law Office of Baruch C. Cohen, Esq.                  *and Susan Oscherowitz*
4929 Wilshire Blvd., Suite 940
Los Angeles, CA 90010-3823

Michael R. Hecker, Esq.                              *Attorney for Defendant David Solomon*
Law Offices of Michael R. Hecker
1925 Century Park East, Suite 1260
Los Angeles, CA 90067

David Solomon                                        *Defendant*
130 S. Poinsettia Pl.
Los Angeles, CA 90036-2804

Theresa M. Marchlewski                               *Defendant*
Washington Mutual Bank
9200 Oakdale Avenue, N1107101
Chatsworth, CA 91311

Justin Aldi                                          *Defendant*
J&R Lending Inc.
2210 W. Olive Ave., 3rd Floor
Burbank, CA 91506

Shalom Mozes                                         *Defendant*
121 N. Highland Avenue
Los Angeles, CA 90036

Shevach Mozes                                        *Defendant*
121 N. Highland Avenue
Los Angeles, CA 90036

| | | |
|---|---|---|
| 1 | Steve Hicklin, Esq. | *Attorneys for DefendantsLandsafe Title of* |
| 2 | Stanford (Sandy) Shatz, Esq. | *California, Inc., erroneously named as* |
| | 5220 Las Virgenes Road, M.S. AC-11 | *Landsafe Title Company* |
| 3 | Calabasas, CA 91302 | |
| 4 | Steven M. Mayer, Esq. | *Attorney for Asher Gottesman* |
| | Mayer & Glassman Law Corporation | |
| 5 | 12400 Wilshire Blvd. Suite 400 | |
| 6 | Los Angeles, CA 90025 | |
| 7 | Marc A. Lieberman, Esq. | *Attorneys for Michael Horowitz and Alona* |
| | Kari A. Keidser, Esq. | *Horowitz* |
| 8 | Fredman Lieberman LLP | |
| | 1875 Century Park East, Suite 2200 | |
| 9 | Los Angeles, CA  90067 | |