James A. Vickman, Esq. (No. 128099)
Deborah J. Tilton, Esq. (No. 212321)
VICKMAN & ASSOCIATES
424 South Beverly Drive
Beverly Hills, California 90212-4414
Telephone: (310) 553-8533
Facsimile: (310) 553-0557

Attorney for Defendant DAVID SOLOMON

FILED

DEC - 4 2006

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEVEN OSCHEROWITZ, an individual, and SUSAN OSCHEROWITZ, an individual, and UNIVERSAL MERCHANTS, INC., a Delaware Corporation<br><br>Debtor(s),<br><br>―――――――――――――――――――<br><br>MICHAEL HOROWITZ, as an individual, etc., et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>STEVEN OSCHEROWITZ, et al.,<br><br>Defendant(s). | Bk. No. LA 04-22926-BB<br><br>(Substantively Consolidated with LA 04-31426 BB)<br><br>Chapter 7<br><br>ADV. No. LA 05-01141-BB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |

TO THE CLERK OF THE BANKRUPTCY COURT, DEBTORS STEVEN OSCHEROWITZ and SUSAN OSCHEROWITZ, THIER ATTORNEY OF RECORD AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that James A. Vickman of Vickman & Associates, on behalf of DAVID SOLOMON (hereinafter, "SOLOMON"), a Defendant in the above-captioned case,

1 hereby files a Notice of Appearance pursuant to Rules 2002 and 9010(b) of the Federal Rules of
2 Bankruptcy Procedure, and Request to be added to the master mailing list.
3     Pursuant to Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure,
4 SOLOMON requests that special notice of all matters which may come before this Court be
5 given as follows:

> James A. Vickman, Esq.
> Vickman & Associates
> 424 South Beverly Drive
> Beverly Hills, CA 90212
> Telephone: (310) 553-8533
> Facsimile: (310) 553-0557

10     PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and
11 papers referred to in Rule 2002 and 4001 of the Federal Rules of Bankruptcy Procedure, and also
12 includes without limitation notices of any orders, applications, complaints, demands, hearings,
13 motions, petitions, pleadings, requests, and any other document brought before the Court in this
14 case, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, or otherwise.

Dated: November 30, 2006

VICKMAN & ASSOCIATES

By: James A. Vickman, Esq., Attorneys for
Defendant DAVID SOLOMON

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California by Vickman & Associates. I am over the age of 18 years, and not a party to this action. My business address is 424 South Beverly Drive, Beverly Hills, California 90212, which is located in the county where the mailing described below took place.

On December 4, 2006, I serves the foregoing document describes as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE,** on the interested parties in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]   BY MAIL: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. The envelope(s) was placed for collection and mailing on that date at Beverly Hills, California following ordinary business practices.

[X]   [FEDERAL COURT] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2006

_____
Sunita Bali

## SERVICE LIST
### In re Oscherowitz
### BK. NO. LA 04-22926-BB

<u>Debtors</u>
Steven Oscherowitz
Susan Oscherowitz
111 North Citrus Avenue
Los Angeles, CA 90036

<u>Attorney for Michael and Alona Horowitz</u>
Marc A. Lieberman, Esq.
Fredman & Lieberman
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

<u>Attorney for H.D. Smith Wholesale Drug Company</u>
Terry S. Kaplan, P.C.
Billet, Kaplan & Dawley
1900 Avenue of the Stars, Suite 2350
Los Angeles, CA 9067-4504

<u>Attorneys for Washington Mutual Bank and Countrywide Home Loans, Inc.</u>
Alan F. Broidy, Esq.
Law Offices of Alan F. Broidy
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

<u>Attorney for Shalom Moses and Shevah Moses</u>
Robert J. Sherman, Esq.
10801 National Blvd., Suite 603
Los Angeles, CA 90064

<u>Attorneys for J&R Lending</u>
Mark S. Blackman
Alpert & Barr, a Professional Law Corporation
6345 Balboa Boulevard, Suite 1-300
Encino, CA 91316

<u>Attorneys for Landsafe Title of California, Inc.</u>
David Brooks
Countrywide Home Loans, Inc.
5220 Las Virgenes Road
Calabasas, CA 91302

<u>Attorney for Asher Gottesman</u>
Steven M. Mayer, Esq.
Mayer & Glassman Law Corporation
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025

Errol Oscherowitz and Marlene Oscherowitz
229-231 S. Orange Dr.
Los Angeles, CA 90036

2

1  Chapter 7 Trustee
   David L. Ray, Esq.
2  Saltzburg, Ray & Bergman
   12121 Wilshire Blvd., Suite 600
3  Los Angeles, CA 90025

4  Attorney for Chapter 7 Trustee
   David R. Weinstein, Esq.
5  Gil Hopenstand, Esq.
   Weinstein, Eisen & Weiss LLP
6  1925 Century Park East, Suite 1150
   Los Angeles, CA 90067
7
   Accountants for Trustee
8  Dominic LoBuglio, C.P.A.
   Lo Buglio & Sigman
9  1875 Century Park East, Suite 1730
   Los Angeles, CA 90067
10
   United States Trustee
11 Linda Baily
   Office of the United States Trustee
12 725 S. Figueroa Street, 26th Floor
   Los Angeles, CA 90017
13
   United States Trustee
14 Jill Sturtevant
   Office of the United States Trustee
15 725 S. Figueroa Street, 26th Floor
   Los Angeles, CA 90017
16
   Attorney for American Express Travel Related Services Co., Inc.
17 Becket & Lee LLP
   P.O. Box 3001
18 Malvern, PA 19355-0701

19 Ascension Capital Group, Ltd.
   Attn: American Honda Finance Corporation (Texas) Department
20 Account: 3817289
   P.O. Box 201347
21 Arlington, TX 76006

22

23

24

25

26

27

28

3