James A. Vickman, Esq. (No. 128099)
Deborah J. Tilton, Esq. (No. 212321)
VICKMAN & ASSOCIATES
424 South Beverly Drive
Beverly Hills, California 90212-4414
Telephone: (310) 553-8533
Facsimile: (310) 553-0557

Attorney for Defendant DAVID SOLOMON

FILED
JAN 31 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEVEN OSCHEROWITZ, an individual, and SUSAN OSCHEROWITZ, an individual, and UNIVERSAL MERCHANTS, INC., a Delaware Corporation<br><br>    Debtor(s), | Bk. No. LA 04-22926-BB<br><br>(Substantively Consolidated with LA 04-31426 BB)<br><br>Chapter 7<br><br>ADV. No. LA 05-01141-BB |
| MICHAEL HOROWITZ, as an individual etc., et al.,<br><br>    Plaintiffs,<br>vs.<br><br>STEVEN OSCHEROWITZ, et al.,<br><br>    Defendants. | **REPLY OF DAVID SOLOMON TO DECLARATION OF BARUCH C. COHEN RE ATTORNEY'S LIEN**<br><br>Hearing:<br>Date: February 7, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1475 |

David Solomon hereby replies to the Declaration of Baruch C. Cohen re Attorney's Lien.

1. Mr. Cohen has not shown that his lien, as quoted at paragraph 6 of his declaration, applies in this case to the $125,000. Rather, it appears that Mr. Cohen is asserting an attorney's lien to avoid filing a sure-to-fail <u>administrative claim</u>. In that regard, an administrative claim can only be validly asserted when the services, or goods, provided by

REPLY OF DAVID SOLOMON TO DECLARATION OF BARUCH C. COHEN RE ATTORNEY'S LIEN
1

the claimant, have benefitted the bankruptcy estate. Here, the services provided by Mr. Cohen, that encompass the $42,089.39 of alleged attorney's fees, have not benefitted the bankruptcy estate, and therefore an administrative claim would fail.

2.  Further, Mr. Cohen has submitted no proof that the $125,000, that he claims are at issue, actually came from Steven Oscherowtiz. In fact, Mr. Oscherowitz has submitted a declaration stating the monies came from third parties, and attached a letter, from the source of the funds, re same. Mr. Cohen is going on a "fishing expedition," at the expense of all settling parties in the Horowitz adversary action settlement.

3.  Mr. Cohen's statements in paragraph 23 of his declaration, starting with, "I was told..." (line 5), to "... for a check to Mr. Horowitz." (line 9), is purely hearsay (plus improper innuendo), and is therefore inadmissible and should be disregarded by the Court.

4.  Mr. Cohen, at paragraph 14 of his declaration, specifically footnote 6, cites no federal cases, including no bankruptcy cases, supporting his proposition that his alleged lien "has priority over any other party in this case."

5.  In paragraph 19 of the declaration of Mr. Cohen, he claims that he has received no notice of the February 7, 2007, hearing. Just the fact that Mr. Cohen states same belies his statement. Further, this firm, which is attorney for David Solomon, served Mr. Cohen with a copy of the proposed Order 1) Vacating December 12, 2006, Order, and 2) Granting Solomon's Motion for Order. The proof of service of such Proposed Order, on Baruch Cohen, has been filed with this Court on January 19, 2007 (entitled, "Supplemental Proof of Service of Order..."). The Proposed Order itself, at paragraph 3 (page 3, lines 22-27), sets forth the February 7 hearing date, and briefing schedule re same.

RESPECTFULLY SUBMITTED

VICKMAN & ASSOCIATES

January 31, 2007

James A. Vickman, Esq., attorney for
DAVID SOLOMON

VICKMAN & ASSOCIATES
424 South Beverly Drive
Beverly Hills, California 90212

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California by Vickman & Associates. I am over the age of 18 years, and not a party to this action. My business address is 424 South Beverly Drive, Beverly Hills, California 90212, which is located in the county where the mailing described below took place.

On January 31, 2007, I serves the foregoing document describes as **REPLY OF DAVID SOLOMON TO DECLARATION OF BARUCH C. COHEN RE ATTORNEY'S LIEN**, on the interested parties in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

### [SEE ATTACHED SERVICE LIST]

[X]   BY MAIL: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. The envelope(s) was placed for collection and mailing on that date at Beverly Hills, California following ordinary business practices.

[X]   [FEDERAL COURT] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2007

_____
Sunita Bali

**SERVICE LIST**
**In re Oscherowitz**
**BK. NO. LA 04-22926-BB**

<u>Debtors</u>
Steven Oscherowitz
Susan Oscherowitz
111 North Citrus Avenue
Los Angeles, CA 90036

<u>Former Attorney for Debtors Steven and Susan Oscherowitz</u>
Baruch C. Cohen, Esq.
Law Offices of Baruch C. Cohen, APC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010

<u>Attorney for Michael and Alona Horowitz</u>
Marc A. Lieberman, Esq.
Fredman & Lieberman
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

<u>Attorneys for Washington Mutual Bank and Countrywide Home Loans, Inc.</u>
Alan F. Broidy, Esq.
Law Offices of Alan F. Broidy
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

<u>Attorney for Shalom Moses and Shevah Moses</u>
Robert J. Sherman, Esq.
10801 National Blvd., Suite 603
Los Angeles, CA 90064

<u>Attorneys for J&R Lending</u>
Mark S. Blackman
Alpert & Barr, a Professional Law Corporation
6345 Balboa Boulevard, Suite 1-300
Encino, CA 91316

<u>Attorneys for Landsafe Title of California, Inc.</u>
David Brooks
Countrywide Home Loans, Inc.
5220 Las Virgenes Road
Calabasas, CA 91302

<u>Attorney for Asher Gottesman</u>
Steven M. Mayer, Esq.
Mayer & Glassman Law Corporation
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025

Errol Oscherowitz and Marlene Oscherowitz
229-231 S. Orange Dr.
Los Angeles, CA 90036

2

1  Chapter 7 Trustee
   David L. Ray, Esq.
2  Saltzburg, Ray & Bergman
   12121 Wilshire Blvd., Suite 600
3  Los Angeles, CA 90025

4  Attorney for Chapter 7 Trustee
   David R. Weinstein, Esq.
5  Gil Hopenstand, Esq.
   Weinstein, Eisen & Weiss LLP
6  1925 Century Park East, Suite 1150
   Los Angeles, CA 90067
7
   Accountants for Trustee
8  Dominic LoBuglio, C.P.A.
   Lo Buglio & Sigman
9  1875 Century Park East, Suite 1730
   Los Angeles, CA 90067
10
   United States Trustee
11 Linda Baily
   Office of the United States Trustee
12 725 S. Figueroa Street, 26th Floor
   Los Angeles, CA 90017
13
   United States Trustee
14 Jill Sturtevant
   Office of the United States Trustee
15 725 S. Figueroa Street, 26th Floor
   Los Angeles, CA 90017
16
   Attorney for American Express Travel Related Services Co., Inc.
17 Becket & Lee LLP
   P.O. Box 3001
18 Malvern, PA 19355-0701

19 Ascension Capital Group, Ltd.
   Attn: American Honda Finance Corporation (Texas) Department
20 Account: 3817289
   P.O. Box 201347
21 Arlington, TX 76006

22

23

24

25

26

27

28

3